```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------
x
GEORGE PHILIPS,

                    Petitioner,                    **MEMORANDUM**

     -against-                                     Case No. 08-CV-2625
                                                   Case No. 08-CV-2626
WILLIAM BROWN,

                    Respondent.
----------------------------------------------------------
x
```

*Appearances:*

| For the Petitioner: | For the Respondent: |
|---|---|
| HERALD PRICE FAHRINGER, ESQ. | RICHARD BROWN, ESQ. |
| ERICA DUBNO, ESQ. | Queens County District Attorney |
| Fahringer & Dubno | 125-01 Queens Boulevard |
| 120 East 56th Street, Suite 1150 | Kew Gardens, NY 11415 |
| New York, NY 10022 | By:  JOHN CASTELLANO, ESQ. |
|  |        KAREN WEISS, ESQ. |
| GEORGE PHILIPS, *pro se* | Assistant District Attorneys |
| #00AA2299 |  |
| Eastern Correctional Facility | KATHLEEN RICE, ESQ. |
| P.O. Box 338 | Nassau County District Attorney |
| Napanoch, NY 12458-0338 | 262 Old Country Road |
|  | Mineola, New York 11501 |
|  | By:  JASON WEINSTEIN, ESQ. |
|  |        MARGARET MAINSUCH, ESQ. |
|  | Assistant District Attorneys |

**BLOCK, Senior District Judge:**

On May 23, 2011, the Court denied George Philips's petitions for writs of *habeas corpus* pursuant to 22 U.S.C. § 2254. It did not issue a certificate of appealability because Philips did not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c).

On January 23, 2012, the Court denied Philips's *pro se* motion for reconsideration pursuant to Federal Rules of Civil Procedure 59(e) and 60(b). Although Philips did not request a certificate of appealability in connection with his motion, the Second Circuit Clerk's Office has asked the Court to consider whether to issue one *sua sponte*.

Having carefully reviewed the disposition of Philips's motion, the Court concludes that the motion did not make a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability will not issue.

_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
April 19, 2012